Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
JESUS SOSA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>          Plaintiff,<br><br>     vs.<br><br>HARDEEP SINGH GAHUNIA, et al.,<br><br>          Defendants. | No. 1:10-CV-02183-OWW-SMS<br><br>**ORDER OF DISMISSAL OF ACTION** |

   WHEREAS, no Defendant has appeared in this action or filed a responsive pleading;

   WHEREAS, Plaintiff and all Defendants have settled the matter;

   NOW, THEREFORE, Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i).

 Date: March 4, 2011          MOORE LAW FIRM, P.C.


                              /s/Tanya E. Moore
                              Tanya E. Moore
                              Attorneys for Plaintiff

*Moore v. Hardeep Singh Gahunia, et al.*
Request for Dismissal

                    Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

Dated: March 4, 2011           /s/ OLIVER W. WANGER
                               United States District Court Judge

*Moore v. Hardeep Singh Gahunia, et al.*
Request for Dismissal

Page 2

PDF created with pdfFactory trial version www.pdffactory.com